MABEL P. IRWIN, petitioner-respondent,

*v.*

RALSTON T. IRWIN, defendant-appellant.

[Decided October 27th, 1926.]

On appeal from a decree or order of the court of chancery advised by Vice-Chancellor Leaming, whose opinion is reported in *98 N. J. Eq. 454.*

*Messrs. Endicott & Endicott,* for the respondent.

*Mr. Lewis Starr,* for the appellant.

PER CURIAM.

The decree order appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Leaming.

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, PARKER, MINTURN, KALISCH, BLACK, KATZENBACH, CAMPBELL, LLOYD, WHITE, GARDNER, VAN BUSKIRK, MCGLENNON, KAYS, HETFIELD, JJ. 15.

*For reversal*—None.